UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| SHANDERICA VAUGHNS | CIVIL ACTION NO. 24-0245 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| USA | MAGISTRATE JUDGE AYO |

### ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Keith Saltzman's Motion for Leave to File Complaint for Intervention (Record Document 30) be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 27th day of June, 2025.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT