# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| SHANDERICA VAUGHNS | CIVIL ACTION NO. 24-0245 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| USA | MAGISTRATE JUDGE AYO |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Kristen B. Guidry's Motion for Leave to File Complaint for Intervention (Record Document 44) be and is hereby **DENIED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 28th day of August, 2025.

_____
JUDGE S. MAURICE HICKS, JR.
UNITED STATES DISTRICT COURT